Case 1:26-cv-00211   Document 9-1   Filed 02/23/26 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
February 25, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:26-cv-00211 |
|---|---|---|---|

| BHARATBHAI PATEL |
|---|
| *versus* |
| KRISTI NOEM, Secretary of U.S. Department of Homeland Security, et.al. |

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | Lucy Lu<br>aiLegal Law<br>3400 Peachtree Road NE Suite 1100<br>Atlanta, GA 30326<br>Phone: 4043437166 Email: info@ailegallaw.com<br>Licensed: TN, 28778<br>Federal Bar: Nebraska District Court, N/A |
|---|---|

| Name of party applicant seeks to appear for: | Plaintiff, BHARATBHAI PATEL |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No __✓__

On a separate sheet for each sanction, please supply the full particulars.

Dated: 2/24/2026   Signed: *[signature]*

The state bar reports that the applicant's status is: ACTIVE

Dated: 2/25/26   Clerk's signature: *[signature]*

**Order**

This lawyer is admitted *pro hac vice*.

*Fernando Rodriguez, Jr.*

Dated: 2/25/2026

United States District Judge