United States District Court
Southern District of Texas

**ENTERED**

March 10, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BHARATBHAI PATEL, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-211 |
| | § | |
| | § | |
| KRISTI NOEM, *et al.,* | § | |
| | § | |
| Respondents. | § | |

## ORDER

The Court has considered Petitioner's Time-Sensitive Motion for Temporary Release (Doc. 17). Respondents have informed the Court that they oppose the Motion.

In its Order denying Petitioner's request for a preliminary injunction, the Court noted that Petitioner does not contest that he is subject to a final Order of Removal. (Order, Doc. 15, 3) Under 8 U.S.C. § 1231(a)(2)(A), the United States must detain an alien against whom a final Order of Removal has issued. Petitioner now requests an order requiring Respondents to release him so that he can attend a scheduled interview with United States Citizenship and Immigration Services. But he presents no authority for the proposition that the Court can require Respondents to exercise the discretion they possess under Section 1231 to release him, even if for a short period and subject to conditions. The statute places the discretion in the hands of Respondents. Petitioner in this habeas action challenges that Respondents have the lawful authority to detain him, but the Court has concluded that he has not demonstrated a substantial likelihood of success on those claims.

For these reasons, it is:

**ORDERED** that Petitioner Bharatbhai Patel's Time-Sensitive Motion for Temporary Release (Doc. 17) is **DENIED**.

Signed on March 10, 2026.

Fernando Rodriguez, Jr.
United States District Judge