United States District Court
Southern District of Texas
**ENTERED**
May 08, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BHARATBHAI PATEL, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-211 |
| | § | |
| | § | |
| KRISTI NOEM, *et al.,* | § | |
| | § | |
| Respondents. | § | |

## **ORDER**

The Court has reviewed Respondents' Motion for Leave to File Response (Doc. 23). Petitioner does not oppose the Motion.

On April 10, the Court issued an Order setting a briefing schedule on Petitioner's Motion for Reconsideration (Doc. 16), Motion for Leave to Amend (Doc. 19), and Motion for Limited Discovery (Doc. 21). The Court ordered Respondents to file a response by no later than April 24. They filed the response on April 25, requesting leave from the Court to permit the late filing. The Court finds that good cause exists for the requested relief. Accordingly, it is:

**ORDERED** that Respondents' Unopposed Motion for Leave to File Response (Doc. 23) is **GRANTED**.

The Court considers Respondents' Response in Opposition to Petitioner's Amended Motion for Discovery (Dkt. No. 21), Response to Motion to Reconsider (Dkt. No. 16), and Motion for Leave to Amend (Dkt. No. 19) (Doc. 24) as timely filed.

Signed on May 8, 2026.

_Fernando Rodriguez, Jr._
Fernando Rodriguez, Jr.
United States District Judge