United States District Court
Southern District of Texas
**ENTERED**
June 05, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BHARATBHAI PATEL, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-211 |
| | § | |
| KRISTI NOEM, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Petitioner Bharatbhai Patel and Respondents have voluntarily dismissed all claims asserted in this action without prejudice. (Stipulation, Doc. 30)  The Stipulation dismisses Petitioner's causes of action without prejudice without court order.

The Clerk of Court is directed to close this matter.

Signed on June 5, 2026.

_____
Fernando Rodriguez, Jr.
United States District Judge